**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION -- LEXINGTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | **CRIMINAL NO. 5:12-79-KKC-REW** |
| V. | **ORDER** |
| **DOMINICO L. MORBLEY,** Defendant. | |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Robert E. Wier concerning defendant Dominico L. Morbley's reported violations of supervised release conditions. (DE 1326). Upon referral (DE 1320), Magistrate Judge Wier held a final revocation hearing (DE 1325) and issued a recommendation (DE 1326).

Morbley has waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 1327). In his waiver, Morbley stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, he would withdraw his waiver. (DE 1327-1). The United States did not object to Magistrate Judge Wier's recommended disposition.

Accordingly, and with the Court being otherwise sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 1326) is **ADOPTED** as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated April 23, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY